UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN FANTL, ET AL., <br> Plaintiffs, <br> v. <br> DAVID GLENWINKEL, et al., <br> Defendants. | Case No. 4:17-cv-02033-KAW <br><br> **ORDER DENYING EX PARTE APPLICATION FOR INTERIM JUDGMENT AND PRE-FINAL JUDGMENT WRIT OF ATTACHMENT** <br><br> Re: Dkt. No. 4 |

On May 5, 2017, Plaintiffs filed an ex parte application for an order entering a pre-final judgment writ of attachment against Defendants in the amount of $2,750,000.00. (Dkt. No. 4.) Plaintiffs, however, did not include a memorandum of points and authorities, despite citing to same in the ex parte application,[1] nor did they provide any legal basis upon which the ex parte relief may be granted. *See* Civil L.R. 7-10 ("The motion must include a citation to the statute, rule or order which permits the use of an ex parte motion to obtain the relief sought.") Accordingly, Plaintiff's ex parte application is DENIED.

IT IS SO ORDERED.

Dated: June 22, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] There was no memorandum of points and authorities attached to the application or the other documents filed therewith.