UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN FANTL, ET AL., <br>     Plaintiffs, <br> v. <br> DAVID GLENWINKEL, et al., <br>     Defendants. | Case No. 4:17-cv-02033-KAW <br><br> ORDER TO SHOW CAUSE; ORDER CONTINUING AUGUST 15, 2017 CASE MANAGEMENT CONFERENCE |

This action was filed on April 12, 2017. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiffs have 90 days to complete service of the complaint and summons on Defendants, such that July 11, 2017 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.

IT IS HEREBY ORDERED that by no later than August 22, 2017, Plaintiffs shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendants or to file a Motion for Administrative Relief.

Additionally, the Case Management Conference scheduled for August 15, 2017 is continued to October 24, 2017. The joint case management conference statement is due on or before October 17, 2017.

IT IS SO ORDERED.

Dated: August 8, 2017

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge