# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN FANTL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DAVID GLENWINKEL, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-02033-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 17 |

　　　The Court has reviewed Magistrate Judge Westmore Report and Recommendation to Dismiss for Failure to Prosecute. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to prosecute. The Clerk is directed to close the file.

　　　**IT IS SO ORDERED.**

Dated: January 26, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge